IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUDITH A. NATION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of | : | |
| Social Security | : | NO. 13-5974 |

**FILED**

MAY 1 5 2014

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

O R D E R

LEGROME D. DAVIS, J.

AND NOW, this  15 day of  May , 2014, upon consideration of the

Plaintiff's Request for Review, and the Defendant's response thereto, and after careful review of

the Report and Recommendation of United States Magistrate Jacob P. Hart, IT IS ORDERED

that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's Request for Review is GRANTED IN PART, and the matter

REMANDED for consideration of the effects of Plaintiff's social limitation upon her Residual

Functional Capacity, and the taking of new evidence from a vocational expert if needed; an

explanation of why the ALJ favored the opinions of Dr. Bermudez above those of Nation's

chiropractor; and a limited re-evaluation of Nation's credibility.

BY THE COURT:

**/s/ Legrome D. Davis**

_____
LEGROME D. DAVIS, J.